UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CR-67-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | ORDER TO CORRECT INDICTMENT |
| v. ) | |
| ) | |
| JESUS VIGANAS-BECERRA ) | |

The United States of America has filed a motion requesting correction to the Indictment against defendant JESUS VIGANAS-BECERRA, which was returned by the grand jury on 4 June 2013.

Wherefore, after having received no objection from counsel for JESUS VIGANAS-BECERRA as to this correction in open court and after having reviewed the motion, the Government's request for correction is granted and will be corrected at the scheduled hearing set for June 19, 2013.

So ordered, this 19² day of Jun, 2013.

_____
United States District Judge
LOUISE W. FLANAGAN